IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| : | |
| v. : | NO. 05-605 |
| : | |
| ALPHONSO WILLARD : | |

**ORDER**

AND NOW, this 30th day of January, 2023, upon consideration of Defendant Alphonso Willard's Pro Se Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Document No. 74), the Government's Response in Opposition thereto and the parties' replies and sur-replies, it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Juan R. Sanchez
_____
Juan R. Sanchez, C.J.